CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    helen.gilbert@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 25-CR-00050 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO AMEND JUDGMENT |
| v. | |
| BRIAN FLEURY, | |
| Defendant. | |

    Defendant Brian Fleury, by and through his counsel Thomas Mazzucco, and Assistant United States Attorney Helen Gilbert hereby request that the Court modify the restitution order in the judgment entered on September 24, 2025 (Dkt. 18). Specifically, the parties request that the total amount of restitution remain the same, that is $211,092, but that it be apportioned as follows between two separate victims: (1) $183,139 to the Internal Revenue Service (IRS) and (2) $27,953 to the U.S. Treasury, Alcohol and Tobacco Tax and Trade Bureau (TTB). The Court properly ordered the defendant to pay restitution of $211,090 based on the defendant's tax loss of $183,139 and his evasion of $27,953 in excise tax. The judgment directs that this total amount be paid to the IRS.

    After the judgment was entered, TTB advised counsel for the government that it required a

STIPULATION & [P] ORDER TO AMEND JUDGMENT
Case No. CR 25-00050 MMC

separate payment stream directly to TTB for the defendant's restitution owed from his evasion of excise tax. Amending the judgment to reflect this specific distribution between the two separate United States victims is permitted by Federal Rule of Criminal Procedure 36 and 18 U.S.C. § 3664(k)(5). The U.S. Probation Office also concurs with this stipulation to amend the judgment and stands ready to provide the Court with an amended judgment.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: November 3, 2025

/s/
HELEN L. GILBERT
Assistant United States Attorney

DATED: November 3, 2025

/s/
THOMAS P. MAZZUCCO
Counsel for Defendant Brian Fleury

### ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION and pursuant to Rule 36 and 18 U.S.C. § 3664(d)(5), AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the judgment be amended to order defendant to pay $183,139 in restitution to the Internal Revenue Service and $27,953 in restitution to U.S. Treasury, Alcohol and Tobacco Tax and Trade Bureau. The Court will issue an amended judgment.

IT IS SO ORDERED.

DATED: November 4, 2025

HONORABLE MAXINE M. CHESNEY
United States District Judge

STIPULATION & [P] ORDER TO AMEND JUDGMENT
Case No. CR 25-00050 MMC